**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Thurman YOUNG, a/k/a Charlie,
Defendant–Appellant.**

**No. 15–7422.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 26, 2016.

Decided: Feb. 11, 2016.

Thurman Young, Appellant Pro Se. Robert Edward Bradenham, II, Assistant United States Attorney, Newport News, Virginia; Dee Mullarkey Sterling, Norfolk, Virginia, for Appellee.

Before KING and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thurman Young appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Young*, No. 4:11–cr–00055–AWA–DEM–3 (E.D.Va. Aug. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*